# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149069

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARLES STAMPER,
      Plaintiff-Appellee,

v

DONNA KING f/k/a MARY STAMPER,
      Defendant-Appellant.

SC: 149069
COA: 320455
Wayne CC: 84-404143-DM

_____/

      On order of the Court, the application for leave to appeal the February 27, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721